**STATE of Missouri, Respondent,**

v.

**R.D. JONES, Appellant.**

**Nos. WD 48604, WD 50051.**

Missouri Court of Appeals,
Western District.

Oct. 31, 1995.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction of one count of second degree robbery, § 569.030 RSMo 1994, and the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing.

Affirmed. Rules 30.25(b) and 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Henry S. SMITH, Sr., Appellant.**

**Nos. WD 48164, WD 50018.**

Missouri Court of Appeals,
Western District.

Oct. 31, 1995.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction of two counts of sodomy, § 566.060.3, RSMo 1994, and from the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Affirmed. Rules 30.25(b) and 84.16(b).